No. 55225.—Sandoz Chemical Works, Inc. v. United States, protests 154658–K and 155690–K (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of gynergen substance and cedilanid substance the same in all material respects as the commodity passed upon in *Sandoz Chemical Works, Inc.* v. *United States* (25 Cust. Ct. 115, C. D. 1273), the claim of the plaintiff was sustained.

No. 55226.—Sandoz Chemical Works, Inc. v. United States, protests 156494–K and 152352–K (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the commodities in question are the same in all material respects as the substance passed upon in *Sandoz Chemical Works, Inc.* v. *United States* (25 Cust. Ct. 115, C. D. 1273), the claim of the plaintiff was sustained.

No. 55227.—H. G. Brake & Company v. United States, protest 167043–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sawed lumber similar in all material respects to that the subject of Abstract 53917, the claim of the plaintiff was sustained.

No. 55228.—Sportswear Jewelry Co. v. United States, protests 115105–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiff was sustained.